IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NAKIA S. GIBBS,** *et al.*                                                                 **PLAINTIFFS**

v.            Case Nos. 4:21-cv-01021-KGB
                                      4:21-cv-01022-KGB
                                      4:21-cv-01023-KGB
                                      4:21-cv-01024-KGB
                                      4:21-cv-01025-KGB
                                      4:21-cv-01026-KGB
                                      4:21-cv-01027-KGB
                                      4:21-cv-01028-KGB
                                      4:21-cv-01029-KGB
                                      4:21-cv-01030-KGB
                                      4:21-cv-01031-KGB
                                      4:21-cv-01032-KGB
                                      4:21-cv-01033-KGB
                                      4:21-cv-01035-KGB
                                      4:21-cv-01036-KGB
                                      4:21-cv-01037-KGB
                                      4:21-cv-01038-KGB
                                      4:21-cv-01039-KGB
                                      4:21-cv-01040-KGB
                                      4:21-cv-01041-KGB
                                      4:21-cv-01042-KGB
                                      4:21-cv-01043-KGB
                                      4:21-cv-01044-KGB
                                      4:21-cv-01045-KGB
                                      4:21-cv-01046-KGB
                                      4:21-cv-01047-KGB
                                      4:21-cv-01048-KGB
                                      4:21-cv-01049-KGB
                                      4:21-cv-01050-KGB
                                      4:21-cv-01051-KGB
                                      4:21-cv-01052-KGB
                                      4:21-cv-01053-KGB
                                      4:21-cv-01054-KGB
                                      4:21-cv-01055-KGB
                                      4:21-cv-01056-KGB
                                      4:21-cv-01057-KGB
                                      4:21-cv-01058-KGB
                                      4:21-cv-01059-KGB
                                      4:21-cv-01060-KGB
                                      4:21-cv-01061-KGB

**4:21-cv-01062-KGB**
**4:21-cv-01063-KGB**

**GARY M. ARNOLD,** *et al.*                                                                        **DEFENDANT**

### ORDER OF REASSIGNMENT

The above styled cases were assigned to the docket of United States District Judge Kristine G. Baker, on November 8, 2021. Because the Court is a licensed Arkansas attorney and maintains her license and bar memberships, she would be considered a defendant in these cases. Therefore, the cases should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 9th day of November, 2021.

                                              **AT THE DIRECTION OF THE COURT**
                                              **TAMMY H. DOWNS, CLERK**

                                              BY: <u>Tracy M. Washington</u>
                                                   Courtroom Deputy to United States
                                                   District Judge Kristine G. Baker